No. 922. EVANS PRODUCTS CO. v. COMMISSIONER OF INTERNAL REVENUE. May 18, 1936. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth

Circuit denied. *Mr. Briggs G. Simpich* for petitioner. *Solicitor General Reed, Assistant Attorney General Jackson* and *Messrs. Sewall Key, John Mac C. Hudson, F. E. Youngman,* and *Warner W. Gardner* for respondent.